Coleman Watson, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
coleman@watsonllp.com

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

### TAMPA DIVISION

| | | |
|---|---|---|
| CODING TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | Case No.: 8:17-cv-02399-T-33JSS |
| vs. | § § | |
| TECO ENERGY, INC., | § § | **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |
| Defendant. | § § § § § § | |

Plaintiff, CODING TECHNOLOGIES, LLC, hereby discloses the following

pursuant to this court's interested persons order:

1.      The name of each person, attorney, association of persons, firm, law firm,

partnership, and corporation that has or may have an interest in the outcome of this action

– including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded

companies that own 10% or more of a party's stock, and all other identifiable legal

entities related to any party in the case:

**Watson LLP**

**Coleman Watson, Esq.**

**Jessica Zambrano, Esq.**

**Alberto Montequin, Esq.**

**Ronika Carter, Esq.**

- **There are no publicly traded companies that own 10% or more of Coding Technologies LLC's stock**

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None**

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None known**

4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Coding Technologies, LLC**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to

this case, and will immediately notify the court in writing on learning of any such

conflict.

**DATED** on October 16, 2017

Respectfully submitted,

*/s/ Coleman Watson*

**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar No. 4850004
Email: coleman@watsonllp.com
          docketing@watsonllp.com
**Alberto T. Montequin, Esq.**
Florida Bar No. 0093795
Email: alberto@watsonllp.com
**Ronika J. Carter, Esq.**
Florida Bar No. 0122358
Email: ronika@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Tel: (407) 377-6634
Fax: (407) 377-6688

*Attorneys for Plaintiff,*
CODING TECHNOLOGIES, LLC